United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DUTRA,

       Plaintiff(s),

vs.

BEN CURRY, Warden,

       Defendant(s).
                                    /

No. 06-07196 MHP

**JUDGMENT**

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

Date: April 30, 2008

                                         MARILYN HALL PATEL
                                         Judge
                                         United States District Court
                                         Northern District of California

**ENDNOTES**