UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DUTRA,

    Petitioner,

v.

BEN CURRY, Warden,

    Respondent.

                                           /

No. C 06-7196 MHP

**ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED**

    On April 2, 2010, this court issued an order to show cause ordering respondent to respond to the petition filed in this action. The response to the order to show cause was due on June 2, 2010, and as of this date no response has been filed and no request for an extension has been submitted.

    Therefore, this court orders that respondent show cause why the court should not enter judgment granting petitioner the relief that he seeks. RESPONDENT SHALL FILE ITS RESPONSE TO THIS ORDER ON OR BEFORE **AUGUST 8, 2010**. IF RESPONDENT FAILS TO TIMELY ANSWER THIS ORDER, THE COURT WILL GRANT SUCH RELIEF AS IT DEEMS JUST AND PROPER. A response seeking an extension of time will not be deemed a timely answer for the purposes of this order.

    IT IS SO ORDERED.

Dated: July 8, 2010

                                                      MARILYN HALL PATEL
United States District Court Judge

UNITED STATES DISTRICT COURT
For the Northern District of California